```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

   v.         Criminal No. 09-cr-33-01/03-JL

<u>Peterson et al</u>

O R D E R

  The assented to motion to reschedule jury trial (document no. 38) filed by defendant is granted in part.  The continuance is limited to 60 days.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

               *__Joseph N. Laplante__*
               Joseph N. Laplante
               United States District Judge

Date: March 20, 2009

cc: Mark E. Howard, Esq.
   Michael J. Iacopino, Esq.
   Donald A. Kennedy, Esq.
   U.S. Marshal
   U.S. Probation