UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                      Criminal No. 09-cr-33(1-3)JL

<u>Thomas Peterson et al</u>

O R D E R

    The assented to motion to reschedule jury trial (document no. 47) filed by defendant is granted. No further continuances granted without a hearing.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              _____
                                              Joseph N. Laplante
                                              United States District Judge

Date: May 11, 2009

cc:  Mark E. Howard, Esq.
     Michael J. Iacopino, Esq.
     Donald A. Kennedy, Esq.
     Kenneth L. Perkes, AUSA
     U.S. Marshal
     U.S. Probation