UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

SEP 0 4 2009

**FILED**

United States of America

Cr. 09-cr-00033-JL-3

v.

Anthony Harris

### ORDER

This matter is before the Court on the Application of the Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. §515, pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. §515, and it appearing to the satisfaction of this Court that:

1. MEGAN LOUISE DUBE has been called to testify or provide other information before a Petit Jury of the United States within this District;

2. It is likely that MEGAN LOUISE DUBE will refuse to testify or provide other information before a Petit Jury on the basis of the privilege against self-incrimination;

3. In the judgment of the Attorney for the United States, Acting Under Authority Conferred by 28 U.S.C. §515, the testimony or other information from MEGAN LOUISE DUBE may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of the appropriate Deputy Assistant General of the

Criminal Division of the Department of Justice, pursuant to Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that MEGAN LOUISE DUBE shall give testimony or provide other information as to all matters about which she may be interrogated before the Petit Jury of the United States.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against MEGAN LOUISE DUBE in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
Joseph N. LaPlante
UNITED STATES DISTRICT JUDGE

Date: September 4, 2009